1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MANUEL JAMINEZ CHUM; et al., | CASE NO.: CV10-8228 MWF (Ex) |
| Plaintiffs, | [PROPOSED] ORDER RE: DEFENDANTS NOTICE OF MOTION AND SECOND MOTION IN LIMINE TO EXCLUDE PLAINTIFFS' REBUTTAL EXPERT WITNESSES |
| vs. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants | PTC date: June 25, 2012<br>PTC time: 10:30 a.m.<br>PTC location: 1600 |
| | Trial date: July 24, 2012 |

**MOTION IN LIMINE** by the Defendants to exclude all testimony of plaintiffs' rebuttal experts–Allan Burns and Leo Summerhays–was heard before this Court on June 25, 2012, in Courtroom 1600 of the United States District Court. Plaintiffs were represented by counsel Dale K. Galipo of the Law Offices of Dale K. Galipo, and Luis Carrillo of the Law Officer of Luis Carrillo. The Defendants were represented by Deputy City Attorney Denise C. Mills. Evidence, both written and oral, having been considered, and good cause appearing therefore:

1

**IT IS HEREBY ORDERED:**

The Defendants' motion is granted. Plaintiffs rebuttal experts, Allan Burns and Leo Summerhays, are not permitted to testify at trial on this matter.

DATED: _____

_____
**MICHAEL W. FITZGERALD**
U.S. DISTRICT COURT JUDGE