JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MANUEL JAMINEZ CHUM, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | CASE NO.: CV10-8228 MWF (Ex) <br><br> U.S. District Judge Michael W. Fitzgerald <br><br><br> **JUDGMENT AFTER TRIAL** |

We the jury, in the above entitled case, unanimously find as follows:

**Question No. 1 (Section 1983 Claim and Battery Claim):**

Did Officer Frank Hernandez use unreasonable force against Manuel Jaminez Chum?

    _____ YES    \_\_\_**X**\_\_\_ NO

*Please proceed to Question No. 2:*

**Question No. 2:**

Was Officer Frank Hernandez negligent toward Manuel Jaminez Chum?

    _____ YES    \_\_\_**X**\_\_\_ NO

If you answered "*yes*" to Question No. 2, please proceed to Question No. 3.

If you answered "*no*" to Question No. 2, but "*yes*" to Question No. 1, please answer Question Nos. 7, 8 and 9.

If you answered "*no*" to *both* Question Nos. 1 *and* 2, please sign and date the verdict form and return it to the Court.

2

**Question No. 3:**

Was Officer Hernandez' negligence a substantial factor in causing the deth of Manuel Jaminez Chum?

_____ YES          _____ NO

*Please proceed to Question No. 4.*

**Question No. 4:**

Was Manuel Jaminez Chum negligent?

_____ YES          _____ NO

*Please proceed to Question No. 5.*

**Question No. 5:**

Was the negligence of Manuel Jaminez Chum a substantial factor in causing his death?

_____ YES          _____ NO

If you answered "*no*" to Question No. 5, please proceed to Question No. 7.

If you answered "*yes*" to Question No. 5, please proceed to Question NO. 6.

3

**Question No. 6:**

What percentage of responsibility for Manuel Jaminez Chum's death do you assign to the negligent conduct, if any, of the following?

   Defendant Officer Frank Hernandez  _____ %

   Manuel Jaminez Chum  _____ %

If you answered "*yes*" to *either* Question Nos. 1 *or* 3, please answer the remaining questions.

If you answered "*no*" to *both* Question Nos. 1 *and* 3, please sign and date the verdict form and return it to the Court.

**Question No. 7:**

What amount of damages do you award Manuel Jaminez Chum?

   Amount: $ _____

*Please proceed to the next question.*

4

**Question No. 8:**

What are the Plaintiffs' damages?

| | |
|---|---|
| Isabel Marroquin Tambriz | $ _____ |
| M.E.J.M. | $ _____ |
| J.J.M. | $ _____ |
| M.J.M. | $ _____ |

*Please proceed to the next question.*

**Question No. 9:**

Were the actions of Defendant Officer Frank Hernandez malicious, oppressive, or in reckless disregard of the decedent's rights?

_____ YES          _____ NO

*Please sign and return this verdict form and return it to the Court.*

Dated:   August 9, 2012          *Confidential*_____
                                                Signature
                                                Presiding Juror

5


1
2  Pursuant to Rules 54(a) and 58(b)(2)(A) of the Federal Rules of Civil Procedure,
3  IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment on the merits
4  be entered in favor of Defendants CITY OF LOS ANGELES and OFFICER FRANK
5  HERNANDEZ, and against Plaintiffs ESTATE OF MANUEL JAMINEZ CHUM,
6  ISABEL MARROQUIN TAMBRIZ, M.E.J.M., J.J.M., and M.J.M., and that Plaintiffs
7  take nothing; and that Defendants CITY OF LOS ANGELES and OFFICER FRANK
8  HERNANDEZ be entitled to recover their costs from the Plaintiffs in accordance with
9  Local Rule 54.
10
11
12 DATED: August 22, 2012   _____
                            MICHAEL W. FITZGERALD
13                          United States District Judge